## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DR. ANTHONY WEINERT,
DPM

*Plaintiff,*

*vs.*

THE UNITED STATES OF
AMERICA *and* SPECIAL
AGENT AARON HANN, *jointly
and severally*,

*Defendants.*

Case No.: 26-cv-11898

Judge: Hon.

---

## VERIFIED COMPLAINT

NOW COMES Plaintiff, DOCTOR ANTHONY WEINERT, DPM, by and through his attorneys at AYAD LAW, PLLC, and makes the following complaint:

### INTRODUCTION

1. This is an FTCA and Bivens action brought by a podiatric surgeon of over 20 years whose life was ruined by the callous, reckless, and untruthful allegations of a United States federal employee during a rushed (and botched) investigation into a massive Medicare fraud scheme, of which Plaintiff took no part.

### JURISDICTION AND VENUE

2. The jurisdiction of the Court is invoked pursuant to the Federal Torts Claims Act, 28 USC § 1346(b) *et seq*.

1 | P a g e

3. Venue is proper in this District under 28 USC § 1391(b). The parties reside, or at the time the events took place, resided in this judicial district, and the events giving rise to Plaintiff's claims also occurred in this judicial district.

4. The amount in controversy in this case is well in excess of $75,000.00, the jurisdictional minimum.

## EXHAUSTION OF ADMINISTRATIVE REMEDY

5. Plaintiff Dr. Weinert's claim accrued when the criminal case against him terminated in his favor on December 27, 2023.

6. On September 26, 2025, within two years of the accrual, Plaintiff Dr. Weinert submitted the require FTCA claim Form 95 to the appropriate federal agencies.

7. On December 10, 2025, Dr. Weinert received the official denial of his claim, also known as his 'right to sue' letter. **Exhibit A, December 10, 2025 FTCA Denial Letter**.

8. Dr. Weinert now brings this action within the six-month time period allotted.

## PARTIES

9. Plaintiff DOCTOR ANTHONY WEINERT, DPM, is an individual, United States citizen, who is and was at all relevant times a resident of the Eastern District of Michigan.

10. Defendant THE UNITED STATES is the proper defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq.) and 28 U.S.C.

**2 |** P a g e

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P:: (313) 983-4600 | F: (313) 983-4665

§§1346(b)(1), as this is a suit for money damages for injuries caused by the wrongful and/or negligent acts and/or omissions of agents and employees of the United States Government while acting within the scope of their offices and employment, under circumstances where Defendant United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Michigan.

11. Defendant SPECIAL AGENT AARON HANN has been an individual and employee of the federal Department of Health and Human Services ("HHS"), Office of Investigation ("OIG") since 2015. He is currently assigned to the Detroit Field Office. At all relevant times, Hann was an investigative or law enforcement officer of the United States who was empowered by law to execute searches, seize evidence, and make arrests for violations of federal law. See 28 USC § 2680(h). At all relevant times with respect to his acts and omissions with respect to Dr. Weinert, Hann was acting within the scope of his office or employment as a special agent of HHS. From 2009 to 2015, Hann was a Special Agent with the Secret Service, where he was charged with investigating fraud and financial crimes against the United States.

## FACTUAL BACKGROUND

### Doctor Weinert

12. Dr. Weinert is and was at all times relevant to this complaint a devout Catholic, husband, and father.

3 | P a g e

13. Dr. Weinert received his medical degree from Kent State University College of Podiatric Medicine, Ohio, in 1998.

14. In 2005, Dr Weinert started a solo podiatry practice.

15. By 2019, Dr. Weinert was operating his solo practice from two offices in Warren, Michigan and Troy, Michigan, with a small staff.

16. Prior to the injuries alleged in this complaint, Dr. Weinert also worked with Henry Ford Bi-County Hospital.

17. While working at Henry Ford Bi-County and later Henry Ford Macomb-Warren Campus, his peers elected him to serve as Chief of Podiatric Medicine and Surgery for approximately eight years.

18. Dr. Weinert has an immaculate record with the National Practitioner Data Bank.

19. In addition to his professional accomplishments, Dr. Weinert and his wife had founded their own charity, Shoe Pantry Plus (styled Shoe Pantry +), in 2015.

20. Shoe Pantry Plus was a 501(c)(3) inspired by the death of Dr. Weinert's mother to whom he had made a promise to help others have shoes on their feet due to her own impoverished childhood in which she often lacked shoes.

21. Through the charity, Dr. Weinert (known in the community as "The Sole Doctor") and his wife performed many valuable services, including, but not limited to:

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

**4 | P a g e**

a. **Veterans Outreach:** The charity regularly partners with local shelters, such as Detroit's Emmanuel House, to donate hundreds of pairs of new shoes and socks to homeless veterans.

b. **Back-to-School Drives:** Dr. Weinert and his team frequently visit local schools—like the Detroit Service Learning Academy—to distribute shoes, socks, and backpacks to primary students, ensuring they have proper footwear as they grow.

c. **Community Foot Health:** Beyond footwear, the organization integrates foot health outreach, leveraging Dr. Weinert's podiatry expertise to provide wellness checks for individuals who lack regular medical care.

22. The injuries described in this complaint caused Dr. Weinert's charity to cease operation. Before that time, however, Dr. Weinert and his wife gave away thousands of pairs of shoes to the needy in metro Detroit.

## Medicare

23. The Medicare Program ("Medicare") is a federally-funded health care program providing benefits to persons who are sixty-five years or older, or disabled.

24. Medicare is administered by the Centers for Medicare and Medicaid Services ("CMS"), a federal agency within the Department of Health and Human Services ("HHS").

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P:: (313) 983-4600 | F: (313) 983-4665

25. Individuals who receive Medicare benefits are referred to as Medicare "beneficiaries."

26. The bulk of Dr. Weinert's practice served Medicare beneficiaries and, therefore, relied on reimbursements from Medicare.

27. Title 18 of the United States Code prohibits false, fictitious, or fraudulent claims against programs of the United States, as defined in its Section 24(b).

> Whoever makes or presents to any person or officer in the civil . . . service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.
>
> *Id*.

28. Medicare is a "health care benefit program," of the United States, as defined by Title 18, United States Code, Section 24(b).

### The investigation

29. Upon information and belief, in approximately early 2019, a nationwide crackdown on Medicare fraud was ordered.

30. Upon information and belief, that nationwide crackdown was codenamed "Operation Double Helix."

31. On September 27, 2019, the United States Attorney's Office for the Eastern District of Michigan announced that, as part of the Operation Double Helix

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

crackdown, a "Midwest Health Care Fraud Law Enforcement Action" had occurred.

32. The "Midwest Health Care Fraud Law Enforcement Action" was a coordination between the United States Attorney for the Eastern District of Michigan Health Care Fraud Unit of the Criminal Division's Fraud Section in conjunction with its Medicare Fraud Strike Force partners, a partnership among the Criminal Division, U.S. Attorney's Offices, the FBI and U.S. Health and Human Services-Office of Inspector General.

33. The action was conducted in Detroit, Chicago, and Minnesota and charges were filed against 20 individuals in the Eastern District of Michigan for their alleged involvement in supposed Medicare fraud schemes resulting in $144.8 million in illegitimate billings.

34. In the Northern District of Illinois, charges were filed against 12 individuals for their alleged involvement in Medicare fraud schemes resulting in over $103 million in illegitimate billings.

35. Of those charged in the two federal districts, seven were doctors or licensed medical professionals. In addition, in the state of Minnesota, 21 defendants, including two licensed medical professionals, have been charged with defrauding Medicaid for almost $3 million. Minnesota's Medicaid Fraud Control Unit (MFCU) investigated these cases.

36. The investigation was sweeping, broad, and extremely fast-paced.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

37. For Special Agent Hann's part, the investigation was sloppy and a rush job.

38. As Special Agent Hann states in his September 9, 2019 'Affidavit Supporting Search Warrant' that he "I have knowledge of the facts set forth in this Affidavit" and that he had only begun investigating Dr. Weinert in January of 2019.

39. Beginning in or about September 2019, Special Agent Hann began to make a series of false statements knowingly and intentionally, or with reckless disregard of the truth, with respect to Dr. Weinert that led to the wrongful arrest, indictment and prosecution of the doctor.

40. Special Agent Hann's wrongful acts caused Dr. Weinert to become improperly ensnared in a healthcare fraud law enforcement action in Detroit, Chicago and Minnesota in September 2019 even though Dr. Weinert has never committed any Medicare fraud or other fraud in his practice at any time.

### The treatment / Lack of probable cause

41. In his September 9, 2019 Affidavit in Support of Search Warrant, filed in the Court, Special Agent Hann takes some time to describe the procedures which Dr. Weinert supposedly billed to Medicare yet never performed.

42. Special Agent Hann notes that the regular trimming of long toenails is usually (when not an "avulsion") not billable under Medicare.

> The Medicare insurance program only pays for medical procedures that are "reasonable and necessary for the diagnosis or treatment of illness or injury," and generally excludes from

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P:: (313) 983-4600 | F: (313) 983-4665

coverage "routine foot care," defined in part as "trimming of nails" (Social Security Act§ 1862, 42 U.S.C. $1395 (a) 13XC))… Therefore, even if some routine foot care may be reimbursable by Medicare billing those procedures using a nail avulsion code constitutes a false claim.

September 9, 2019 Affidavit Supporting Search Warrant. (Not attached to complaint.)

43. Special Agent Hann then notes the difference between toenail trimming and toenail avulsion.

A nail avulsion is defined by Medicare as… the separation and removal of a border of [] the [] nail[] from the nail bed to the… cuticle… Performing a nail avulsion can be billed to Medicare…

*Id.*

44. Special Agent Hann also notes in his affidavit that Dr. Weinert explained to him that some patients can require frequent nail avulsions.

Weinert explained that a partial nail avulsion [] is used with respect to ingrown nails. Sometimes it is possible to have a reoccurring ingrown nail on the same toe.

*Id.*

45. Special Agent Hann then included in his Affidavit Supporting Search Warrant **false witness statements from five of Dr. Weinert's long-time patients**, in an effort to make it appear that Dr. Weinert was billing for billable procedures under Medicare while only ever performing "routine" toenail trimmings.[1]

---

[1] Patient IJ passed away between the time that Special Agent Hann lists as having interviewed him/her and the time that Private Investigator Lennon attempted to interview him/her.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P:: (313) 983-4600 | F: (313) 983-4665

*Patient M.C.*

46. On January 19, 2019, law enforcement interviewed Patient MC. Special Agent Hann, in his Affidavit Supporting Search Warrant, falsely portrays Patient MC as having only received routine toenail trimmings from Dr. Weinert.

> M.C. said nearly all of his/her appointments are limited to having his/her toenails trimmed and an examination of his/her feet for cuts because he/she is pre-diabetic. Weinert trims his/her nails and examines his/her feet.

> September 9, 2019 Affidavit Supporting Search Warrant.

47. Yet a video interview recorded August 1, 2023 reveals that Dr. Weinert indeed performed multiple surgeries on Patient MC.

> Q: Would you agree the doctor did injections, tenotomies and capsulotomies, trimming corner of toenails and minor procedures on your feet?

> A: Yes

> Q: Dr Weinert explained it to you with Donna in the room?

> A: Yes

> Q: You had no objections to that and consented to those and signed consent forms?

> A: Yes

> Q: It was a little bit more than just having your toenails trimmed?

> A: Yes, couple of times to release the tension and he would do a little cut type of thing.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

**10 |** P a g e

Q: What I just read in the report it said you were just having your toenails trimmed, but it was a lot more extensive than that and this went on every few months for several years?

A: Yes, well I fell and thought I broke my foot…

Q: I just wanted to clarify it was more than just having your toenails trimmed?

A: Yes

### *Patient L.G.*

48. On August 7, 2019 and again on September 5, 2019, law enforcement interviewed Patient LG. Again, according to Special Agent Hann in his sworn affidavit, Patient LG only received nonbillable, routine, toenail trimmings, and examinations.

> L.G. said he/she has been a patient of Weinert since 2010… L.G. described a typical appointment with Weinert as a simple nail trimming and evaluation of his feet.

> September 9, 2019 Affidavit Supporting Search Warrant

49. This is, again, disproven by a video interview recorded July 13, 2023:

> Q: The report said Dr Weinert just performed treatment on the left foot, did Dr Weinert do treatment on both your right and left foot?

> A: Yes

> Q: It was more than just nail trimmings and evaluations?

> A: Yes…

> Q: Dr Weinert [] used [the] phrase "contracted toes" with patients. You wouldn't dispute that? A: No

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

**11 |** P a g e

Q: Report says you were treated only once for "hammertoes" and have signed and dated consents for tenotomy and capsulotomy for contracted toes at respective joints?

A: Yes, [] I signed…

[Q: Dr Weinert] did do some trimming on your toenails on both feet quite a few times, correct?

A: Yes

Q: Is it fair to say that Dr Weinert explained everything to you, you would consent, and on most occasions sign consent forms for the treatment?

A: Yes

### *Patient P.F.*

50. According to Special Agent Hann in his Affidavit Supporting Search Warrant.

P.F. said he/she first went to Weinert about six years ago… P.F. stated that about a year and a half ago, he/she had one toenail removed his/her left big toe.

September 9, 2019 Affidavit Supporting Search Warrant.

51. According to a recorded interview on August 2, 2023:

Q: Did Dr Weinert do a little bit more than left big toenail remove, did some injections, removed some masses and lesions from your foot?

A: Yes, he put some cortisone in there, he put them 2 bolts in there to pull up the arch and I got pain in there so he put cortisone shots, couple cortisone shots there

Q: So he did extensive work on both your feet?

A: Yes

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

Q: And he explained everything to you and you consented to doing that work with those procedures?

A: Yes

…

Q: I just wanted to make sure of that, because it kind of been eluted that he just did some removed a toenail, but there were much more extensive procedures?

A: Yes, oh yeah, the ligaments in ere he cut and cut had pressure in that and was hurting and he cut that right there and he cut the ligaments at his side too.

Q: That's all I wanted to do right now was clarify about the 1 toenail removed?

A: I had more than one

### Patient G.G.

52. On August 7, 2019 and September 3, 2019, GG was interviewed. According to Special Agent Hann: Patient GG:

G.G. was interviewed on August 7, 2019 and on September 3, 2019. G.G. indicated that he/she was patient of Weinert from approximately 2010 until 2015… G.G. stated that, in total, he/she had one or two nail avulsions performed by Weinert.

September 9, 2019 Affidavit Supporting Search Warrant.

53. Yet, according to a later interview:

[GG] said he saw Dr Weinert for several years, however he said this was many years ago… [GG] state that Dr Weinert always explained the procedures in detail with his female assistant present… [GG] then would sign consent forms for the procedures… I mentioned "contracted toes" to [GG] and he said that Dr Weinert did procedures to help with contracted toes…

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

[GG] also said that Dr Weinert would remove small parts of his toenails, however [GG] could not remember the name of the procedure… When mentioned nail avulsion, tenotomy and capsulotomy to [GG, GG] said that those terms were familiar, and he is pretty sure those are the procedures Dr Weinert performed on him.

54. Because of Special Agent Hann's lies, the search warrant issued.

55. On September 11, 2019, both of Dr. Weinert's offices were raided, during which time, Special Agent Hann interrogated Dr. Weinert.

56. Dr. Weinert specifically told Special Agent Hann that he, Dr. Weinert, had had the individual's sign acknowledgments **prior to every procedure, and could produce those records**.

57. Dr. Weinert could hardly believe that he was being investigated and, so, was an open book offering up all the assistance he could to Special Agent Hann.

58. On September 24, 2019, Dr. Weinert was indicted on Medicare fraud charges in the United States District for the Eastern District of Michigan in a case styled, *United States of America v. Anthony Weinert, D.P.M.*, Case No. 19-cr-20641 (E.D. Mich.).

59. The indictment was predicated on affidavits, statements and representations made by Hann that contained falsehoods, reckless omissions, and material mischaracterizations.

60. On October 1, 2019, Dr. Weinert made his first court appearance, his mug shot was taken, he was fingerprinted, and required to give a urine sample.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

61. That, was just the beginning of his public humiliation.

**The press release**

62. On September 27, 2019, a press release issued by the United States Attorney's office for the Eastern District of Michigan in which the Justice Department announced that "charges were filed against 20 individuals in the Eastern District of Michigan for their alleged involvement in Medicare fraud schemes resulting in $144.8 million in illegitimate billings."

63. The release specifically identified Dr. Weinert, stating that he had been "charged in an indictment filed Sept. 24 and unsealed yesterday with eight counts of health care fraud." The release further stated, "The charges stem from Weinert's alleged role in a $1.7 million health care fraud scheme, in which Weinert submitted or caused the submission of claims to Medicare for podiatric services that he did not provide... The FBI and HHS-OIG investigated the case."

64. That press release is still online today, and is one of the first results which populates when one searches "Dr. Anthony Weinert" online. **Exhibit B, Press Release**.

65. The press release was picked up by dozens if not hundreds of news outlets, which reprinted the defamatory false accusations against Dr. Weinert, including one's that used his photograph as the sample fraudster.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665



**Doctor Weinert's ruination**

66. As a direct result of Hann's wrongful acts, Dr. Weinert was subjected to restrictions on his liberty, the loss of his ability to bill federal healthcare programs in his podiatry practice, destruction of his solo podiatry practice, depletion of his life savings, incurrence of substantial debt, and substantial emotional distress.

67. Dr. Weinert proclaimed his innocence throughout four years of repeated adjournments and lack of progress by the government in the case wrongly instituted against him.

68. During a final pretrial conference held on February 9, 2023, before the Hon. Paul Borman in the Eastern District of Michigan, Dr. Weinert made clear that he wanted to proceed to trial rather than consider any plea of guilty to anything.

69. On November 13, 2023, Dr. Weinert's counsel filed a motion to suppress evidence based on numerous false statements made by Hann in affidavits submitted seeking search warrants executed prior to the issuance of charges against Dr. Weinert.

70. On December 27, 2023, the United States moved to dismiss the indictment against Dr. Weinert "for the reason that the ends of justice would best be served by this dismissal."

71. That same day, the order granting the motion to dismiss was entered. **Exhibit C, December 27, 2023 Order Dismissing Criminal Case in Plaintiff's Favor**.

72. The dismissal constituted a termination of the proceedings in Dr. Weinert's favor, but it only came after the destruction of the doctor's career, reputation, and the depletion of nearly all of his assets due to the wrongful initiation by Special Agent Hann of proceedings that spanned more than four years.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

73. During the four-year ordeal, Dr. Weinert suffered deprivation of liberty. Among other conditions imposed on him while charges were pending from September 2019 through the end of December 2023:

    a. Dr. Weinert was required to attend court proceedings,

    b. Dr. Weinert was required to report to pretrial services,

    c. Dr. Weinert was not allowed to travel outside the continental United States, and

    d. **Dr. Weinert was not permitted to bill claims to any federal healthcare program that were at center of his Medicare-based podiatry practice**.

74. The successful podiatry practice that he built beginning in 2005 collapsed during the criminal case wrongfully initiated against him.

75. Despite repeated efforts to obtain gainful employment both within and outside the healthcare field, Dr. Weinert has been unable to secure any form of a steady job as a result of the defamatory information that can still be found on the internet relating to the fraud case wrongfully initiated by Special Agent Hann.

76. Dr. Weinert and his wife depleted their life savings and borrowed hundreds of thousands of dollars during their successful four-year effort to defeat the case that Hann initiated.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

77. Dr. Weinert was forced to take odd jobs to make ends meet, including becoming a Door Dash delivery driver.

78. Dr. Weinert has been directly told by potential employers that the reason that they are not hiring him is because they looked him up and saw that he was federally indicted for Medicare fraud.

## COUNT I
## Malicious Prosecution

79. Plaintiff incorporates by reference all preceding paragraphs as if fully restated herein.

80. Special Agent Hann, with his false statements contained in his Affidavit for Search Warrant, began a criminal prosecution against Plaintiff.

81. That prosecution ultimately terminated in Plaintiff's favor.

82. Because the prosecution was based, seemingly exclusively, on false statements made by Special Agent Hann, it lacked probable cause necessary for criminal proceeding.

83. Because Special Agent Hann fabricated information supplied in his Affidavit Supporting Search Warrant, his motive was malicious and/or for the purpose of achieving recognition or career advancement, a primary purpose other than bringing Dr. Weinert to justice.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

84. As a direct result of Special Agent Hann's despicable actions, Plaintiff has suffered extreme economic and noneconomic damages, emotional pain and suffering, including physical manifestations, reputational damage, and more.

## COUNT II
## Defamation

85. Plaintiff incorporates by reference all preceding paragraphs as if fully restated herein.

86. Special Agent Hann caused to be published false and defamatory statements in the September 27, 2019 press release, concerning Plaintiff.

87. These statements constituted an unprivileged communication to third parties.

88. Because Special Agent Hann used false statements (patient interviews) in his investigation and persecution of Plaintiff, he was at fault, amounting at least to negligence for the publication of said statements.

89. Plaintiff suffered special damages as a result of the defamatory statements, and, also, suffered *per se* damages as they were accusations of crimes.

90. As a direct result of Special Agent Hann's despicable actions, Plaintiff has suffered extreme economic and noneconomic damages, emotional pain and suffering, including physical manifestations, reputational damage, and more.

## COUNT III
## False Light

91. Plaintiff incorporates by reference all preceding paragraphs as if fully restated herein.

92. Special Agent Hann broadcast to the public in general information that was unreasonable and highly objectionable by attributing to Plaintiff characteristics, conduct, or beliefs that were false and placed Dr. Weinert in a false position.

93. As a direct result of Special Agent Hann's despicable actions, Plaintiff has suffered extreme economic and noneconomic damages, emotional pain and suffering, including physical manifestations, reputational damage, and more.

## COUNT IV
## Abuse of Process

94. Plaintiff incorporates by reference all preceding paragraphs as if fully restated herein.

95. Special Agent Hann had the ulterior purpose of recognition and career advancement in submitting his Affidavit Supporting Search Warrant, which contained false information.

96. That act was improper in the regular prosecution of criminal proceedings.

97. As a direct result of Special Agent Hann's despicable actions, Plaintiff has suffered extreme economic and noneconomic damages, emotional pain and suffering, including physical manifestations, reputational damage, and more.

## COUNT V
## Intentional Infliction Emotional Distress

98. Plaintiff incorporates by reference all preceding paragraphs as if fully restated herein.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

99. Special Agent Hann's falsification of patient interview statements in his Affidavit Supporting Search Warrant was extreme and outrageous conduct, unacceptable in a civilized society.

100. Special Agent Hann did so intentionally and/or recklessly.

101. As a direct result of Special Agent Hann's despicable actions, Plaintiff has suffered severe emotional distress including, but not limited to, emotional pain and suffering, including physical manifestations, reputational damage, and more.

## COUNT VI
### *Bivens* due process violation for illegal search and seizure

102. Plaintiff incorporates by reference all preceding paragraphs as if fully restated herein.

103. The Fourth Amendment protects Plaintiff Dr. Weinert from the unlawful and unreasonable search and seizure which took place on September 11, 2019.

104. That protection was clearly established at the time that Special Agent Hann submitted the false Affidavit Supporting Search Warrant.

105. As a direct result of Special Agent Hann's despicable actions, Plaintiff has suffered extreme economic and noneconomic damages, emotional pain and suffering, including physical manifestations, reputational damage, and more.

**CONCLUSION AND RELIEF REQUESTED**

Over the past several years, this experience has had a devastating impact on Dr. Weinert's life, his career, his reputation, and his family. He dedicated more than two decades of his life to caring for patients as a board-certified podiatric surgeon, and the public allegations and publicity surrounding his criminal case caused tremendous personal and professional harm.

Even after the criminal case was ultimately dismissed, the damages to his reputation, his career opportunities, and his standing in the community have continued to follow him and his family every day.

It is hoped that with this action, there can finally be some accountability, and restoration of Dr. Weinert's good name.

WHEREFORE, for the foregoing reasons and more, Plaintiff Dr. Anthony Weinert humbly prays that this Honorable Court enter a judgment in his favor and containing the following relief:

a) Compensatory damages of no less than $50,000,000;

b) Plaintiff's reasonable attorney's fees and costs; and

c) Any and all other relief which the Court deems equitable and just.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

Respectfully submitted,

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Dr. Weinert*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com

Dated: June 8, 2026

## REQUEST FOR TRIAL BY JURY

Plaintiff hereby requests a trial by jury on all of the above-brought claims.

Respectfully submitted,

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Dr. Weinert*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
Dated: June 8, 2026                    filing@ayadlawpllc.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

## VERIFICATION

I declare that I have read the foregoing complaint and that the facts presented therein appear to me to be true and accurate to the best of my knowledge and belief.

Dated: _____          Signed: _____
(Dr. Anthony Weinert, Plaintiff)

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing document and any attachments with the Clerk of Courts via the electronic filing system, which will send the same to all parties of record.

Respectfully submitted,

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Dr. Weinert*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com

Dated: June 8, 2026